**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 23 MC 01114 |
| **Dave Byrnes**, a member of the Media, | |
| and **Courthouse News Service** | Chief Judge Rebecca R. Pallmeyer |
| Respondents. | Magistrate Judge Jeffrey T. Gilbert |

**RULE TO SHOW CAUSE PURSUANT TO LOCAL RULE 83.1 & THE JOINT COURTHOUSE SECURITY ORDER DATED AUGUST 23, 2018**

1. Respondent Dave Byrnes (Respondent Byrnes) is a member of the media employed by Courthouse News Service.

2. Mr. Byrnes has a media credential that allows him access to the Dirksen Courthouse Media Office and certain media accommodations.

3. Respondent Courthouse News Services covers national and international news and offers subscription-based reports on trial and appellate court opinions. Courthouse News Services maintains a website at www.courthousenews.com.

4. An X account, @djbyrnes1, is identified as belonging to Dave Byrnes. Mr. Byrnes identifies himself in that account as a reporter for Courthouse News; the account includes a hyperlink to Courthouse News Services.

5. Local Rule 83.1 Court Facilities: Limitations on Use was lawfully in effect on December 14, 2023.

6. The Joint Courthouse Security Order, dated August 23, 2018, was lawfully in effect on December 14, 2023.

7. Local Rule 83.1 and the Joint Courthouse Security Order were available on the Court's website, www.ilnd.uscourts.gov, including on the Media Information website page.

8. Local Rule 83.1, states in part:

    > Except as provided for in an Order of the Court, direction of the Chief Judge, or the United States Marshal, the taking of photographs, video, radio and television broadcasting, or taping in the court environs during the progress of or in connection with any judicial proceeding, whether or not court is actually in session, is prohibited.

9. The Joint Courthouse Security Order, dated August 23, 2018, states in part:

    > No member of the media may solicit or conduct any on- or off-camera interview for broadcast or publication anywhere within the Courthouses, including the lobbies, other than within the designated media areas; this includes leaving the designated media areas to film, photograph, or interview visitors or employees passing through the lobby areas.

10. On November 2, 2023, Julie Hodek, Public Information Officer for the United States District Court, distributed to media representatives, including Mr. Byrnes, and posted on the Court's website, Guidelines for Proceedings in the matter of *United States v. Burke,* Case No. 19 CR 322. The Guidelines outlined procedures that were to be followed by members of the media and specified that:

    > The recording, streaming, or use of cameras is not allowed in the Courthouse, except in the media area in the lobby. Cameras, photography, and recording are prohibited in all areas of the Courthouse except in the media area of the lobby.

11. On December 14, 2023, there was an approximately 4-foot-tall sign (with lettering that spanned approximately 12" by 15") posted directly outside each courtroom on the 25th floor of the Dirksen Courthouse, stating: PHOTOGRAPHING,

RECORDING OR BROADCASTING IS PROHIBITED. In addition, two other signs of the same size, were posted on the 25th floor. These signs stated NOT PERMITTED ON COURTROOM FLOORS and depicted images of a photo, streaming audio, video, and recording device with a text description of each and a red line across them.

12. Respondent Byrnes filed an online story on December 14, 2023, with Courthouse News Service regarding a criminal trial taking place at the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, IL 60604.

13. The December 14, 2023 article was titled "Closing arguments underway in Chicago aldermanic corruption trial." The article included a photograph, with the caption, "Former Chicago alderman Ed Burke, currently on trial on federal corruption charges. (Dave Byrnes/Courthouse News)." From the background images, it is clear that the photograph was that of a criminal defendant present in the public corridor of the 25th floor of the Dirksen Courthouse.

14. The article and photograph appeared on Courthouse News Service website.

15. The article and photograph appeared on the X account @djbyrnes1.

THEREFORE, the Court orders that Respondents Dave Byrnes and Courthouse News Service show cause in writing why sanctions should not be imposed for noncompliance with LOCAL RULE 83.1 & THE JOINT COURTHOUSE SECURITY ORDER DATED AUGUST 23, 2018. Sanctions may include, but are not limited to, civil contempt, monetary sanctions, loss of

media credentials, restrictions on access to the Dirksen Courthouse. The responses to this Rule to Show Cause are due within seven (7) days of the entry of this order. The failure to respond as ordered herein may result in a finding of contempt of court and subsequent arrest. The Clerk of Court shall cause a copy of this order to be entered on the docket and a copy thereof sent forthwith to the United States Marshals Service. The United States Marshals Service shall forthwith personally serve this order upon Respondent Dave Byrnes at the Dirksen Courthouse and upon the Respondent Courthouse News Service, 30 N Raymond Ave, Suite 310, Pasadena California, 91103.

ENTERED:

_____

REBECCA R. PALLMEYER
Chief Judge
United States District Court
Northern District of Illinois

Dated this 18th day of December, 2023