**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**Dave Byrnes**, a member of the Media,<br><br>and **Courthouse News Service**,<br><br>Respondents. | No. 23 MC 01114<br><br>Hon. Rebecca R. Pallmeyer<br>Chief United States District Judge<br><br>Magistrate Judge Jeffrey T. Gilbert |

## RESPONSE TO RULE TO SHOW CAUSE

Respondents Courthouse News Service and Dave Byrnes respectfully respond to this Court's rule to show cause, dated December 18, 2023, as follows:

1. Respondent Courthouse News Service covers civil litigation, from the filing of the complaint through appeal, criminal proceedings, and other national and international news. Courthouse News offers both subscription-based publications and its freely available website, www.courthousenews.com. Founded in 1990, and headquartered in Pasadena, California, Courthouse News has reporters across the United States.

2. Respondent Dave Byrnes is a Courthouse News reporter, based in Chicago, Illinois. Mr. Byrnes has been employed by Courthouse News since 2021. Since that time, Mr. Byrnes has mainly covered new civil litigation in the Circuit Court of Cook County. However, he has also covered trial and Seventh Circuit proceedings at the Dirksen Federal Building from time to time. Mr. Byrnes also contributes regular stories on developments in politics, transportation, labor, and science for CNS' website. *See* https://www.courthousenews.com/author/dave-byrnes/.

3. Most recently, Mr. Byrnes was assigned to cover the ongoing trial proceedings in *United States v. Burke*, No. 19 CR 322, at the Dirksen Federal Building. On December 14, 2023,

Mr. Byrnes was stationed on the 25th floor. Regrettably, Mr. Byrnes misunderstood a sign on the 25th floor that stated photography was "NOT PERMITTED ON COURTROOM FLOORS" to mean that photography was not permitted in the courtrooms themselves, as opposed to the hallway leading to courtrooms. Mr. Byrnes did not see the separate sign stating that "PHOTOGRAPHING, RECORDING OR BROADCASTING IS PROHIBITED." In addition, Mr. Byrnes does not recall reviewing emailed guidelines relating to the *Burke* trial; it is possible that he was unable to access such guidelines due to issues associated with a recent change of Mr. Byrnes' Courthouse News Service email address. Mr. Byrnes also erroneously thought the reference to "court environs" in Local Rule 83.1 meant just the courtrooms themselves, rather than their surrounding hallways.

4. While operating under this misunderstanding, Mr. Byrnes took a photograph inside the public corridor of the 25th floor, which was later published with a Courthouse News article on the Internet, including on www.courthousenews.com and on social media. Respondents jointly acknowledge that this should never have happened, and regret that their actions violated the Court's media procedures.

5. Mr. Byrnes was issued a Violation Notice by the United States Marshals Service relating to his unauthorized photography on the 25th floor of the Dirksen Federal Building. He will separately appear, before United States Magistrate Judge Heather K. McShain, on January 8, 2024, to address the Violation Notice.

6. This Court issued its Rule to Show Cause on December 18, 2023.

7. Upon receiving the Violation Notice and Rule to Show Cause, Mr. Byrnes promptly contacted his employer, Courthouse News, to explain what had transpired on December 14, 2023. Courthouse News suggested that Mr. Byrnes write a letter of apology to this Court, which Mr.

Byrnes did of his own accord. In his letter, a copy of which is attached as **Exhibit A**, Mr. Byrnes expressed his sincere regret to this Court.

8. Courthouse News separately apologies to this Court and represents that it has spoken, and will continue to speak, with its reporters assigned to the Dirksen Federal Building about the Court's media procedures and rules governing photography at the courthouse, to ensure that this does not happen again. Moreover, following this incident, Courthouse News issued a reminder to all of its reporters nationwide that they are not to take photographs or use recording devices in federal or state courthouses unless they are certain doing so is permitted by applicable court rules and orders. Courthouse News has always prioritized, and remains firmly committed to, following all court rules, including those regarding photography and recording. As far as Courthouse News is aware, this is the first time in Courthouse News' more than 30-year history that one of its reporters has violated court rules regarding photography and/or recording.

9. Respondents respectfully request that the Court discharge its Rule to Show Cause without further sanctions. Respondents will redouble their commitment to abiding by the Court's media procedures in this and any future proceedings at the Dirksen Federal Building.

Dated: December 22, 2023    Respectfully submitted,

*/s/ Saurish Appleby-Bhattacharjee*
Saurish Appleby-Bhattacharjee
saurish.applebybhattacharjee@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark St., Suite 4300
Chicago, IL 60601
Tel: (312) 602-5004
COUNSEL FOR RESPONDENTS