**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**Dave Byrnes**, a member of the Media, and **Courthouse News Service**,<br><br>Respondents. | Case No. 23 MC 01114<br><br>Chief Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Jeffrey T. Gilbert |

**O R D E R**

Respondent Dave Byrnes is a member of the media employed by Courthouse News Service. On December 18, 2023, a Rule to Show Cause was issued to Mr. Byrnes and Courthouse News Services to show why sanctions should not be imposed for noncompliance with Local Rule 83.1 and the Joint Courthouse Security Order Dated August 23, 2018 for actions taken on December 14, 2023.

On December 19, 2023, the Court received a letter from Mr. Byrnes, and on December 22, 2023, the Court received a Response to Rule to Show Cause on behalf of both Respondents.

The Executive Committee met on February 8, 2024, and reviewed the matter and the submissions. At its meeting, the Executive Committee found that the Respondents acknowledged violation of Local Rule 83.1 and the Joint Courthouse Security Order Dated August 23, 2018. Respondent Courthouse News Service has apologized for the December 14, 2023 infraction, and advised the Court that it has issued an immediate reminder to all of its reporters nationwide that they may not take photographs or use recording devices in federal or state courthouses unless they are certain doing so is permitted by applicable court rules and orders.

IT IS therefore HEREBY ORDERED THAT as a result the Rule to Show Cause against Respondent Courthouse News is discharged.

IT IS FURTHER ORDERED THAT after reviewing the incident and the responses received, the Executive Committee sanctions Respondent Dave Byrnes for his violations by revoking his access to the Dirksen Courthouse Media Office for 120 days,

effective immediately through June 13, 2024. Should Mr. Byrnes fail to comply with this sanction, the Executive Committee reserves the right to take appropriate action.

        ENTERED:

        _____
        REBECCA R. PALLMEYER
        Chief Judge
        United States District Court
        Northern District of Illinois

Dated this 14th day of February 2014.